UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4422 CAS (CTx) | Date | May 1, 2009 |
|---|---|---|---|
| Title | *RAMIN DELAVARI V. HANSON NGUYEN ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

On March 3, 2009, the Court issued a Notice of Deficiency re: Request for Entry of Default Against defendants Hanson Nguyen and ValueMD, LLC. To date, no attempts to correct the Notice of Deficiency has been made.

THEREFORE, IT IS HEREBY ORDERED that **PLAINTIFF** show cause in writing not later than **May 18, 2009**, why this action should not be dismissed for lack of prosecution as to defendants HANSON NGUYEN; and VALUEMD, LLC.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following with the noted deficiencies corrected:

1)     A proof of service of summons and complaint on defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |