# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-4422 CAS (CTx) | | Date | June 12, 2009 |
|---|---|---|---|---|
| Title | *RAMIN DELAVARI V. HANSON NGUYEN ET AL* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

On May 21, 2009, the Court issued a Notice of Deficiency re: Request for Entry of Default Against defendants Hanson Nguyen and ValueMD, LLC.  To date, no attempts to correct the Notice of Deficiency has been made.

**THEREFORE, IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 29, 2009**, why this action should not be dismissed for lack of prosecution **as to defendants HANSON NGUYEN; and VALUEMD, LLC.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following with the noted deficiencies corrected:

1)     A corrected proof of service of summons and complaint on **defendants HANSON NGUYEN; and VALUEMD, LLC.**, along with a renewed request for entry of default on **defendants HANSON NGUYEN; and VALUEMD, LLC.**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |