UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4422 CAS (CTx) | Date | August 26, 2009 |
|---|---|---|---|
| Title | *RAMIN DELAVARI V. HANSON NGUYEN ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**THEREFORE, IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 10, 2009**, why this action should not be dismissed for lack of prosecution **as to defendants HANSON NGUYEN; and VALUEMD, LLC.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) Plaintiff's filing of a application for the clerk to enter default <u>judgment</u> on **defendants HANSON NGUYEN; and VALUEMD, LLC**, or plaintiff's filing of a <u>motion</u> for entry of default <u>judgment</u> on **defendants HANSON NGUYEN; and VALUEMD, LLC**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |