Mac E. Nehoray (SBN 147168)
mac@nehoraylegalgroup.com
LAW OFFICES OF MAC E. NEHORAY
21900 Burbank Boulevard
Woodland Hills, California 91367
Telephone: (818) 222-2227
Facsimile: (818) 691-0405

*Attorneys for Plaintiff*
*Ramin Delavari*

FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6  X
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN DELAVARI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HANSON NGUYEN, VALUEMD, LLC, And DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 08-04422 CAS (CTx)<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |

　　　　IT IS HEREBY ORDERED that this entire action be dismissed with prejudice. Each party to bear its own attorneys' fees and costs associated with this action.

Dated: __FEB - 7 2012__, ~~2012~~

By: _/s/ Christina A. Snyder_
Hon. Christina A. Snyder
**United States District Judge**

1